## BURCH *v.* WHITTINGTON.

The defendant, in a suit by the agent of a county, appeared and confessed judgment. *Held*, that he could not afterwards, in error, contend that the suit should have been brought by the county commissioners.

*Monday,*
*May 9.*

ERROR to the *Scott* Circuit Court.—Debt by *Whittington*, agent of *Scott* county, against *Burch* for money due to the county. Judgment by confession for the plaintiff.

HOLMAN, J.—The plaintiff in error contends, that this suit should have been instituted by the commissioners of *Scott* county, and not by the agent. If such be the case, he should have made the discovery at an earlier period. He not only appeared in the Circuit Court, but acknowledged that he could not gainsay or deny the plaintiff's action. If he could not gainsay or deny the action in the Circuit Court, he cannot be permitted to do it here (1).

*Per Curiam.*—The judgment is affirmed with costs.

*Howk*, for the plaintiff.

*Thornton*, for the defendant.

(1) A judgment by confession is a release of errors. *Lewis* v. *Brackenridge*, ante, pp. 112, 116, and note 5.